No. 684. ATLANTIC COAST LINE RAILROAD COMPANY *v.* A. D. WATTS, ETC., COMMISSIONER OF REVENUE, ETC., ET AL. Appeal from the District Court of the United States for the Eastern District of North Carolina. April 9, 1923. Dismissed with costs, per stipulation. *Mr. Thomas W. Davis* for appellant. No appearance for appellees.

No. 688. NORFOLK SOUTHERN RAILROAD COMPANY, *v.* A. D. WATTS, ETC., COMMISSIONER OF REVENUE, ETC., ET AL. Appeal from the District Court of the United States for the Eastern District of North Carolina. April 9, 1923. Dismissed with costs, per stipulation. *Mr. W. B. Rodman* for appellant. No appearance for appellee.